# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IURIE LUTENCO | Hon. Esther Salas<br><br>Crim. No. 22-663<br><br>SENTENCING SUBMISSION<br>NOTICE OF THE UNITED STATES |

    Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Iurie Lutenco.

                                  ALINA HABBA
                                  UNITED STATES ATTORNEY

                By:   Trevor A. Chenoweth
                      Assistant U.S. Attorney

Dated: July 24, 2025